# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARICIA BARAN,<br><br>Plaintiff,<br><br>v.<br><br>ORAL ESSENTIALS INC.,<br><br>Defendant. | Civil Action No. 3:20-cv-01309-AWT |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Marcia Baran filed the above-referenced case against Defendant Oral Essentials, Inc. on September 3, 2020.

2. Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: January 10, 2022            Respectfully Submitted,

                                             */s/ Jason M. Leviton*
                                             Jason M. Leviton, Esq.
                                             jason@blockleviton.com
                                             **BLOCK & LEVITON LLP**
                                             260 Franklin Street, Suite 1860
                                             Boston, MA 02110
                                             Telephone: (617) 398-5600

                                             *Attorneys for Plaintiff Marcia Baran*

## **CERTIFICATE OF SERVICE**

      I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 10th day of January, 2022.

                                                           */s/ Jason M. Leviton*
                                                              Jason M. Leviton